UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 21-CV-23485-ALTMAN/REID

THE MAD ROOM LLC D/B/A BALL AND
CHAIN, ALTOS MEXICANO, LLC D/B/A
TAQUERIAS EL MEXICANO, LITTLE
HAVANA ARTS BUILDING, LLC, AND
LA GRAN FIESTA, LLC,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.
_____/

**NON-PARTY, COMMISSIONER JOE CAROLLO'S NOTICE OF STRIKING D.E. 276**

    Non-Party, City of Miami Commissioner, Joe Carollo (the "Commissioner"), hereby files his Notice of Striking Non-Party, Commissioner Joe Carollo's Motion for Protective Order to Enforce Stipulation and Court Order Dated December 9, 2022, and Response in Opposition to Plaintiffs' Request to Un-Designate as Confidential the Deposition of the Commissioner (D.E. 276), an incorrect version inadvertently filed.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 3rd day of March, 2023, a true and correct copy of the foregoing was served on all counsel of record via the CM/ECF.

    Respectfully submitted,

KRINZMAN HUSS LUBETSKY
   FELDMAN & HOTTE
Co-Counsel for Non-Party, Commissioner
Joe Carollo
Alfred I. duPont Building
169 E. Flagler Street, Suite 500
Miami, Florida 33131
Telephone: (305) 854-9700
Primary email:  map@khllaw.com
Primary email:  mschneider@khllaw.com
Secondary:  eservicemia@khllaw.com

CASE NO.: 21-CV-23485-ALTMAN/REID

By: /s/ *Mason A. Pertnoy*
Mason A. Pertnoy, Esq.
Florida Bar No. 18334

And

SHUTTS & BOWEN
Co-Counsel for Non-Party, Commissioner Joe Carollo
200 S. Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 415-9072
Email: msarnoff@shutts.com

By: /s/ *Marc D. Sarnoff*
Marc D. Sarnoff, Esq.
Florida Bar No. 607924

And

KUEHNE DAVIS LAW, P.A.
Co-Counsel for Non-Party, Commissioner Joe Carollo
100 S.E. 2nd Street, Suite 3105
Miami, FL 33131-2154
Telephone: (305)789-5989
Email: ben.kuehne@kuehnelaw.com;
mdavis@kuehnelaw.com
efiling@kuehnelaw.com

By: /s/ *Benedict P. Kuehne*
Benedict P. Kuehne
Florida Bar No. 233293

**SERVICE LIST**

| | |
|---|---|
| **Raquel A. Rodriguez, Esq.**<br>**A. Sheila Oretsky, Esq.**<br>**Miranda L. Soto, Esq.**<br>**Daniel R. Lazaro, Esq.**<br>**Jesse Stolow, Esq.**<br>2 South Biscayne Boulevard, Suite 1500<br>Miami, FL 33131<br>raquel.rodriguez@bipc.com<br>sheila.oretsky@bipc.com | **Victoria Méndez, Esq., City Attorney**<br>**Kerri L. McNulty, Esq., Sr. Asst. City Attorney**<br>**Brandon L. Fernandez, Esq., Asst. City Attorney**<br>**Bryan E. Capdevila, Esq., Asst. City Attorney**<br>**Kevin R. Jones, Esq., Division Chief for Labor and Employment**<br>444 S.W. 2nd Avenue, Suite 945<br>Miami, FL 33130<br>vmendez@miamigov.com |

CASE NO.: 21-CV-23485-ALTMAN/REID

| | |
|---|---|
| miranda.soto@bipc.com <br> dan.lazaro@bipc.com <br> jesse.stolow@bipc.com <br> joshua.king@bipc.com <br> mercedes.campos@bipc.com <br> soraya.hamilton@bipc.com <br> patricia.delgado@bipc.com <br> *Attorneys for Defendant City of Miami* <br><br> Gretchen L. Jankowski, Esq. <br> Mackenzie A. Baird, Esq. <br> Union Trust Building <br> 501 Grant Street, Suite 200 <br> Pittsburgh, PA 15219-4413 <br> gretchen.jankowski@bipc.com <br> mackenzie.baird@bipc.com <br> Admitted Pro Hac Vice <br> *Attorneys for Defendant City of Miami* | klmcnulty@miamigov.com <br> bfernandez@miamigov.com <br> tmickens@miami.gov <br> *Attorneys for Defendant City of Miami* |
| **Thomas E. Scott, Esq.** <br> Cole, Scott & Kissane <br> 9150 S. Dadeland Blvd., Suite 1400 <br> Miami, FL 33156 <br> Email: Thomas.Scott@csklegal.com <br> *Counsel for Commissioner Joe Carollo* | **Maria A. Fehretdinov, Esq.** <br> **Jason S. Koslowe, Esq.** <br> **Coral Del Mar Lopez, Esq.** <br> **Matthew C. Dates, Esq.** <br> **Chelsea E. Koff, Esq.** <br> **Ryan T. Thornton, Esq.** <br> **Ezra S. Greenberg, Esq.** <br> Stearns Weaver Miller Weissler <br> Alhadeff & Sitterson, P.A. <br> mfehretdinov@stearnsweaver.com <br> jkoslowe@stearnsweaver.com <br> clopez@stearnsweaver.com <br> mdates@stearnsweaver.com <br> ckoff@stearnsweaver.com <br> rthorton@stearnsweaver.com <br> egreenberg@stearnsweaver.com <br> Museum Tower, Suite 2200 <br> 150 West Flagler Street <br> Miami, Florida 33130 <br> *Counsel for Plaintiffs* |