UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-23485-ALTMAN/Reid

THE MAD ROOM, LLC
*d/b/a* BALL & CHAIN, *et al.*,

     *Plaintiffs*,

v.

CITY OF MIAMI,

     *Defendant*.

_____/

## AMENDED SCHEDULING ORDER

On December 18, 2023, the parties filed a Joint Motion for Extension of Time to File Response to Amended Complaint and Deadline to File Pre-Trial Motions (the "Motion") [ECF No. 341]. After careful review, the Motion is **GRANTED**, and the Amended Scheduling Order [ECF No. 339] is **AMENDED** as follows: [1]

**THIS MATTER** is set for trial during the Court's two-week trial calendar beginning **April 22, 2024**. Counsel for all parties shall also appear at a calendar call at **1:45 p.m.** on **April 16, 2024**. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 12-4 at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Miami, Florida. The parties shall adhere to the following schedule:

**January 9, 2024**. The Defendant shall file its Answer to the Amended Complaint.

**January 31, 2024**. The parties shall file all pre-trial motions, including motions for summary judgment, and *Daubert* motions. Each party is limited to filing one *Daubert* motion. If a party cannot address all evidentiary issues in a 20-page memorandum, it must petition the Court for leave to include additional pages. The parties are reminded that *Daubert* motions must contain the Local Rule 7.1(a)(3) certification. **The parties are directed to review the Court's procedure for the filing of summary judgment motions (set out below).**

---

[1] The prior scheduling orders shall remain in place to the extent not addressed in this Order.

**March 18, 2024:** The parties shall file any motions *in limine* (other than *Daubert* motions). Each party is limited to filing one motion *in limine*, which may not, without leave of Court, exceed the page limits allowed by the Rules. **The parties are reminded that motions *in limine* must contain the Local Rule 7.1(a)(3) certification.**

**April 8, 2024**.  The parties shall submit a joint pre-trial stipulation, exhibit lists, witness lists, deposition designations, and proposed jury instructions and verdict form or proposed findings of fact and conclusions of law, as applicable.

**DONE AND ORDERED** in the Southern District of Florida on December 18, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record