# EXHIBIT "F"

Page 437

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:   21-CV-23485

THE MAD ROOM, LLC D/B/A
BALL AND CHAIN, ALTOS MEXICANO, LLC
D/B/A TAQUERIAS EL MEXICANO, LITTLE
HAVANA ARTS BUILDING, LLC and
LA GRAN FIESTA, LLC.

        Plaintiffs,

vs.

CITY OF MIAMI,

        Defendant,
_____/

CONTINUED VIDEOTAPED DEPOSITION

OF

WILLIAM O. FULLER
(as Corporate Representative 30(b)6)

Date Taken:  Thursday, March 2, 2023
Time:  (10:00) 10:14 a.m - 7:10 p.m.
Place:  Buchanan Ingersoll & Rooney
        2 South Biscayne Boulevard | Suite 1500
        Miami, Florida 33131

Reported By:  LEE LYNOTT, CSR, RPR, CMR
        CHOICE-UNITED REPORTING

083918c9-f83d-4d8c-8440-e7a13a2913de

```
                                                    Page  438

 1   APPEARANCES:

 2                   COUNSEL FOR PLAINTIFF:
                  BY:   CHELSEA KOFF, ESQUIRE
 3   STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON,
                 P.A. Museum Tower, Suite 2200
 4                  150 West Flagler Street
                     Miami, Florida 33130
 5             Email:  Ckoff@stearnsweaver.com

 6
                    COUNSEL FOR DEFENDANT
 7           BY:  RAQUEL A. RODRIGUEZ, ESQUIRE
                 JESSE STOLOW, ESQUIRE (via Zoom)
 8        JENNIFER LICHTENFELS, ESQUIRE (via Zoom)
              BUCHANAN, INGERSOLL & ROONEY, PC
 9        2 South Biscayne Boulevard | Suite 1500
                    Miami, Florida 33131
10         Email:  Raquel.rodriguez@bipc.com

11
                    COUNSEL FOR DEFENDANT
12         BY:  KEVIN R. JONES, ESQUIRE (via Zoom)
                 KERRI L. McNULTY, ESQUIRE
13         VICTORIA MENDEZ, ESQUIRE  (via Zoom)
               OFFICE OF THE CITY ATTORNEY
14           444 S.W. 2nd Avenue, Suite 945
                    Miami, Florida 33130
15             Email:  krjones@miamigov.com

16

17

18   ALSO PRESENT:  Melissa Bernheim

19                   Javier Ordonez, CLVS

20

21

22

23

24

25
```

Page 456

```
 1   paragraph 19 of the lease summary.
 2       A    Okay.
 3       Q    Do you recall what that $130,000 credit
 4   was for or payment I should say?
 5       A    Just the 20,000 for the roof, and I don't
 6   recall as I sit here without reading the document
 7   what the other $110,000 was for.
 8       Q    Were there any other leases between
 9   Altos -- between La Gran Fiesta and Altos Mexicano?
10       A    No.
11       Q    Is this the only lease that you're aware
12   of that --
13       A    Yes.
14       Q    -- existed?
15            Please let me finish the question so we
16   have a good -- a good record.
17       A    Yes.
18       Q    And why were you signing for La Gran
19   Fiesta and Mr. Bush signing for Altos Mexicano?
20       A    I have the authority under the company to
21   sign in either one of those locations.
22       Q    But is there a reason why you did it --
23   you represented Gran Fiesta and Mr. Bush represented
24   Altos Mexicano?
25       A    Not necessarily.
```

Page 476

```
 1      A    There has been more recent work done on
 2   the property.
 3      Q    Sure.  Right now I'm just focusing on the
 4   scope of work for 2017?
 5      A    I would say -- I would say probably '19.
 6      Q    Okay.  So is there to your knowledge, as
 7   we sit here today, is there anything that's on this
 8   scope of work that we've been looking at under
 9   Exhibit 78 that had not yet been done, which is
10   being done now?
11      A    I would -- I would not be able to answer
12   that question precisely.
13      Q    To the extent that work was done pursuant
14   to this scope of work, were permits pulled for every
15   item that was addressed in the scope of work, that
16   you recall?
17      A    Based on what I know now, all the permits
18   for all of this were not pulled.
19      Q    Were not?
20      A    All the necessary permits were not pulled.
21      Q    Were not obtained?
22      A    Were not.
23      Q    Do you know why not?
24      A    That's -- that would be a question for --
25   You know, that's a question that I'd asked of our
```

Page 481

1      A     What do you mean unpermitted work from 78?

2      Q     I'm sorry.  Let me rephrase it.

3            I asked you earlier whether or not permits

4   were pulled for all of the work that you recall

5   having been done pursuant to this scope of work

6   under Exhibit 78.

7      A     Okay.

8      Q     And you indicated that much of it had not

9   been permitted?

10     A     Well, I said -- I believe that I said that

11  some of it had not been permitted, some of it to me.

12     Q     Some of it?

13     A     Yeah.

14     Q     And can you tell me when you became aware

15  that some of it had not been permitted?

16     A     Well, there was an event that happened on

17  February 14th where the commissioner had started to

18  highlight things that he believed were unpermitted.

19            So, you know, I asked -- I was asking

20  certain questions at that time what specifically we

21  had awareness of of what was not permitted.  One of

22  the issues that came to my attention was the air

23  conditioning units.

24     Q     Is that the earliest date that you recall

25  becoming aware of unpermitted work at Taquerias?

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 482

```
 1      A     That I can recall right now.

 2      Q     Yes.

 3      A     That I can recall right now.

 4      Q     Yes.  So right now you have no

 5 recollection of any other?

 6      A     Not at this time.

 7      Q     Do you know if permits were pulled for

 8 repair of the overhang that we referenced earlier

 9 under Structural Components, paragraph one?

10      A     I don't.  I don't recall.

11      Q     Did you receive a Notice of Violation for

12 the unpermitted work done with regard to the HVAC

13 system?

14      A     Yes.

15      Q     When did you receive the Notice of

16 Violation?

17      A     In 2019.

18      Q     Do you recall the month?

19      A     I believe it was March.

20      Q     March?  When was the HVAC work completed?

21      A     HVAC work.  I would say '18.

22      Q     Do you recall the month?

23      A     No.

24      Q     What contractor did the work?

25      A     I don't know.
```

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 483

1      Q      Do you know who supervised the work?

2      A      I believe it was RA Mena Group.

3      Q      Have they -- has RA Mena Group been

4   involved in other unpermitted work for other

5   businesses of yours?

6      A      We have been cited in the past for other

7   violations for work, but I would call that the

8   exception, not the standard.

9      Q      What do you mean by that?

10     A      Well, I mean we've done many projects and

11  many projects we never got violations.

12     Q      My question is not whether you got a

13  violation, but whether they have done unpermitted

14  work in other projects of yours?

15     A      Not that I'm aware of.

16     Q      When you got the Notice of Violation for

17  the unpermitted HVAC work, did you acknowledge it

18  and pay the fine?

19     A      I don't know if you pay a fine.  You have

20  to address the work.  You have to, you know, the

21  contractor needs to pull the necessary permits and

22  conform with it.  And then if there is a fine

23  associated, yes, we would pay.

24     Q      Did you end up conforming the work and

25  getting the permit pulled for the HVAC?

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 484

1      A    As I sit here today, I believe that all of

2   that was done, yes.

3      **Q    Is it your position that -- is it the**

4   **plaintiffs' position that the Notice of Violation**

5   **for the unpermitted HVAC work was somehow improper**

6   **targeting?**

7           MRS. KOFF:  Object to form.

8      A    I would say if it wasn't done with a

9   permit, it rightfully had the ability to be cited

10  for work without a permit.

11     **Q    So you agree that if there is a violation**

12  **in any of the plaintiffs' properties for unpermitted**

13  **work, the City can cite that unpermitted work,**

14  **correct?**

15     A    Yes.  Absolutely.

16     **Q    And whether or not someone at the City**

17  **likes you or dislikes you; if they're citing you for**

18  **unpermitted work, they're not doing anything in**

19  **violation of your rights?**

20     A    Assuming that --

21          MRS. KOFF:  Object to form.

22     A    Assuming that -- this also assumes that

23  the violation is correct in its -- on its face.

24     **Q    Yes, that's what I'm saying.**

25     A    Yes.  I would say yes.  That's within the

Page 521

```
 1        Q    Who was in charge of that?

 2        A    I'm not sure.

 3        Q    If we go to the next page -- Oh, hold on a

 4   second.

 5             As of January 17, 2014, did Little Havana

 6   Arts Too own the property immediately to the west of

 7   Ball and Chain?

 8        A    That, I do not know.

 9                        (WHEREUPON, Defendant's Exhibit

10                        No. 79P was marked for

11                        Identification).

12        Q    (By Mrs. Rodriguez) If we can -- The next

13   page dated -- photo dated January 6, 2014 taken from

14   I guess we could call it from the northeast more or

15   less.  North, northeast.  We'll call it P.

16             Do you see any changes to the back of what

17   is now the Ball and Chain property compared to N?

18        A    I'm going to call this P?

19        Q    Yes.  P is the one I was just referencing,

20   January 6, 2014.

21        A    And we're comparing it to N?

22        Q    You're comparing it to N, as in Nancy.

23        A    Yeah, this is the -- you can see the

24   installation of the bamboo siding here.

25        Q    Where is that?
```

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 524

1   Q    Q and O?  You're comparing --

2   A    Yeah.  You see a lot of black marks to the

3   roof.

4   Q    What is that?

5   A    These would be what you call a bull

6   sealing coat where you -- This is to address any

7   leaks that come into the building.

8   Q    Can you spell what you --

9   A    Bull.  Like ride the bull, B-U-L-L.

10  Q    Okay.

11  A    Yeah.

12  Q    What about on the west side or the west

13  part of the roof, is there -- is that equipment or

14  is that just --

15  A    No, this is like -- these are repairs to

16  leaks.  These are leak repairs.  So, like, you would

17  put bull and then maybe some paper in an attempt to

18  patch leaks.

19  Q    Okay.

20  A    It looks like a patchwork, but -- It is a

21  patchwork actually.

22  Q    All right.  And looking to the patio area,

23  do you notice any differences between O and Q?

24  A    In this case, you see the band shell

25  structure and you see that the floor has been

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 525

```
 1   painted like a clay red.
 2        Q    And what are, what are those little items
 3   in the center of the patio?
 4        A    That's furniture.
 5        Q    As of 20 -- January 19, 2015, had Ball and
 6   Chain already opened for business?
 7        A    Yes.
 8        Q    Was it servicing customers in the patio?
 9        A    Yes.
10        Q    Was it serving food in the patio?
11        A    Yes.
12        Q    Was it serving alcoholic beverages in the
13   patio?
14        A    Yes.
15        Q    Was it playing music in the band shell?
16        A    Not sure.
17        Q    What was the purpose of building the band
18   shell?
19        A    For music to encapsulate the sound from
20   the neighboring properties.
21        Q    What do you mean?
22        A    Well, so that the sound would not bleed.
23   That's what band shells are made for, to project
24   sound and protect sound.
25        Q    And as of January 19, 2015, how long had
```

Page 526

1    **Ball and Chain been operating to the -- open to the**

2    **public?**

3         A    A few months.  I believe we opened in

4    September of '14.

5                        (WHEREUPON, Defendant's Exhibit

6                        No. 79R was marked for

7                        Identification).

8         **Q    (By Mrs. Rodriguez) Let's go to the next**

9    **page dated January 19, 2015, which we will call R.**

10   **It's the view from the north to the south.**

11           **If you compare R to P, can you please tell**

12   **me what changes were made to the rear of the Ball**

13   **and Chain building?**

14        A    In this case, there is the balcony on the

15   rear.  And you see the back of the band shell.

16        **Q    Is there any change to the roof line**

17   **looking at it from the rear?**

18        A    Yes.

19        **Q    What's the change?**

20        A    The roof line facade is rectified.  It's

21   straight as opposed to slanted.

22        **Q    How was that accomplished?**

23        A    That's a -- that's a -- what you call a

24   "parapet."

25        **Q    A parapet?**

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 527

1    A    Yeah.

2    **Q    Does that have to be constructed?**

3    A    I -- Yes, constructed.

4    **Q    What material was the parapet?**

5    A    I don't know.

6    **Q    Was a permit pulled for the construction**

7  **of that parapet?**

8    A    I don't know.

9    **Q    Was a permit pulled for the construction**

10 **of the balcony?**

11   A    No.

12   **Q    What is -- is that a door leading through**

13 **the parapet to the balcony?**

14   A    Yes.

15   **Q    Where does that door lead?**

16   A    To the second floor attic.

17   **Q    How does one access the second floor**

18 **attic?**

19   A    Through the staircase.  It's in the rear

20 of the -- it's been in the rear of the building

21 adjacent since I purchased it.  It's historic to the

22 building.

23   **Q    Which building adjacent?**

24   A    What I call the 1501 building where the

25 dance studio and Azucar is.

Page 539

1        Q    If you go to Q.  You mentioned the band

2   shell earlier.  Was a permit obtained for that band

3   shell structure?

4        A    No.

5        Q    Do you know if one was needed?

6        A    I don't.  I mean, at the time I understood

7   it to be, you know, temporary in its nature, but we

8   were later told that it required a permit.

9        Q    What made you believe that the band shell

10   was temporary?

11        A    My understanding was that you -- that you

12   needed to -- that as long as you could break it down

13   within a -- within a few hours it was considered

14   temporary.

15        Q    Break what down?

16        A    The structure.

17        Q    The entire structure?

18        A    Yes.

19        Q    Was the structure affixed to the

20   foundation in any way?

21        A    Yes.

22        Q    How was it affixed?

23        A    I believe through screws.

24        Q    How big were the screws?

25        A    That, I do not know.

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 604

1       A     There's windows to the east, but not to

2   the -- I don't recall windows to the north.

3       Q     **Okay.  Yeah, we don't see windows on F.**

4             **Was the surface painted?**

5       A     Yes.

6       Q     **But it's still asphalt?**

7       A     Yes.

8       Q     **Going to the next photo which is dated**

9   **December 23, 2018, I marked it as H.**

10                        (WHEREUPON, Defendant's Exhibit

11                         No. 80H was marked for

12                         Identification).

13      Q     **(By Mrs. Rodriguez) We're looking at the**

14  **rear of the Taquerias building.  What are we seeing**

15  **in the rear area going on?**

16      A     There's picnic tables.

17      Q     **When were the picnic tables placed there?**

18      A     I don't know.  Before December 23rd, 2018.

19      Q     **Okay.  And are they shown also on G?**

20      A     Yes, before -- Yeah, G is the same day,

21  right?  Yeah, it's the same day.

22      Q     **Okay.  It's a little difficult to see.**

23            **Were you serving customers meals there in**

24  **the picnic tables as of December 23rd, 2018?**

25      A     I don't recall.

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 610

1   spacing between the container and the fencing just

2   to clarify.

3        Q    Right.  You're right.

4        A    Okay.

5        Q    Looking at -- going back to H, is there an

6   exterior set of stairs on H depicted in the rear of

7   the Taquerias property?

8        A    I don't see any.

9        Q    And in any of the photos that we've looked

10  at previous to H, do you see any stairs in the rear

11  of the Taquerias property, external stairs?

12       A    No.  I don't see any.

13       Q    When you bought the Taquerias property,

14  were there any external stairs in the rear?

15       A    No.

16       Q    Going to the next page which is dated

17  April 13, 2021, which I've marked as Exhibit K, and

18  it's a view of the front of the Taquerias building.

19                    (WHEREUPON, Defendant's Exhibit

20                     No. 80K was marked for

21                     Identification).

22       A    Exhibit J?

23       Q    K.  I marked it as K?

24       A    Okay, K.  Yes, 4/13/2021.

25       Q    Yes.

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 618

1  discern where the stair -- if there are stairs where

2  they would be?

3      A     No.  I, no.  I only see a ladder in all

4  the photos.

5      Q     Okay.  What -- And the one with the

6  ladder, let's look at L for a minute.  Is it

7  possible to see if there are stairs near where that

8  ladder is, April 13, 2021?

9      A     Again, it looks like there's something

10 there.  That could be the stairs.

11     Q     Okay.  How many steps to the stairs?

12     A     I have no idea.

13     Q     What material were those stairs made of?

14     A     Stairs are a steel frame.

15     Q     Steel frame.  Were they attached to the

16 building?

17     A     I presume.

18     Q     Was a permit obtained for attaching those

19 stairs to the building?

20     A     No.

21     Q     Was a doorway put in from the second

22 floor --

23     A     Let me clarify.

24     Q     I'm sorry?

25     A     Let me clarify.

Page 668

1     A    Correct.

2     Q    All right.  Was there -- what outside

3  counter do you believe is referenced on Exhibit 86?

4     A    Outside bar counter.

5     Q    Where was that outside bar?

6     A    Under the deck.  Under the overhang.

7     Q    Facing the patio?

8     A    The balcony.  Balcony.

9     Q    Sorry?

10    A    Under the balcony.

11    Q    And was that counter built with a permit?

12    A    No.

13    Q    Were you cited for building that counter

14  without a permit?

15    A    Yes.

16    Q    And was the electrical work permitted to

17  that outside counter before this?

18    A    I'm not sure there was electrical work to

19  the outside counter.

20    Q    Okay.  Kitchen, what electrical work had

21  to be done in the kitchen?

22    A    I'm not sure.

23    Q    And the bar, is that the interior circle

24  bar or square bar?

25    A    Yes.

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 670

1    Q    And there's a reference to Leandro

2  Fernandez, Professional Engineer, from Leaf

3  Engineering?

4    A    Yes.

5    Q    What services was Leaf Engineering

6  providing?

7    A    Structural engineer.

8    Q    And was that for the whole project?

9    A    Yes.

10    Q    And were the pineapple -- was the

11  pineapple stage part of the violation that you were

12  trying to correct through this work?

13    A    Yes.

14    Q    Do you dispute in any way that the

15  pineapple stage was not compliant with the code for

16  lack of permitting?

17    A    No.

18    Q    And the shutters, what kind of shutters

19  were the ones that were added?

20    A    I think these are like hurricane-impact

21  shutters.

22    Q    And was that a Notice of Violation from

23  the City?

24    A    No, it wasn't a violation.  It was

25  something that -- The City reviewed all the plans

083918c9-f83d-4d8c-8440-e7a13a2913de

Page 748

1                    CERTIFICATE OF REPORTER

2    STATE OF FLORIDA     )
                          ) SS:
3    COUNTY OF MIAMI-DADE)

4                    I, LEE LYNOTT, RPR, RMR, a Certified

5    Shorthand Reporter, hereby certify that the witness

6    in the foregoing Continued Videotape Deposition of

7    WILLIAM O. FULLER (as 30(b)6 Corporate

8    Representative), having been first duly sworn in

9    this matter, after which said Videotape Deposition

10   was taken down in shorthand by me, a Certified

11   Shorthand Reporter and a disinterested person at the

12   time and place herein stated, and that the testimony

13   of the said witness was thereafter reduced to

14   typewriting, by computer, under my direction and

15   supervision;

16                    I further certify that I am not of

17   counsel or attorney for either or any of the parties

18   to the said deposition, nor in any way interested in

19   the outcome of this cause, and that I am not related

20   to any of the parties thereto.

21                    WITNESS MY HAND AND OFFICIAL

22   this 7th day of March, 2023.

23        _____
          LEE LYNOTT, CSR, RPR, RMR
24        MY COMMISSION# HH 280234
          EXPIRES:  July 4, 2026
25        Bonded Thru Notary Public Underwriters

Choice - United