# EXHIBIT "G"

Page 1

```
          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
                 MIAMI DIVISION

             CASE NO:   21-CV-23485
```

THE MAD ROOM, LLC D/B/A
BALL AND CHAIN, ALTOS MEXICANO, LLC
D/B/A TAQUERIAS EL MEXICANO, LITTLE
HAVANA ARTS BUILDING, LLC and
LA GRAN FIESTA, LLC.

      Plaintiffs,

vs.

CITY OF MIAMI,

      Defendant,
_____/

```
              VIDEOTAPE DEPOSITION

                       OF

                 WILLIAM FULLER
    (Rule 30(b)(6) Corporate Representative of
        LITTLE HAVANA ARTS BUILDING, LLC.)
                   (Volume I)
```

Date Taken:  Friday, December 16, 2022

Time:  (9:30) 9:35 a.m - 4:24 p.m.

Place:  Buchanan Ingersoll & Rooney
        2 South Biscayne Boulevard, Suite 1500
        Miami, Florida 33131


Reported By:  LEE LYNOTT, CSR, RPR, CMR
          CHOICE-UNITED REPORTING

Page 49

```
 1  2008.
 2      Q    And what -- what portions of the -- of
 3  that first building, the now Ball and Chain
 4  building, did Casa de Tula occupy?
 5      A    They occupied everything, because the
 6  entire portion, even the foundation of the rear
 7  property, because they -- the vision of the Casa de
 8  Tula was to open up a venue that had indoor and
 9  outdoor space and to activate both spaces no
10  different than it is today.
11      Q    And who was responsible for making the
12  improvements for them to use it as a nightclub, and
13  let me clarify, as between the landlord and the
14  tenant?
15      A    The -- From what I recall, the
16  responsibility, and this is mainly the way this went
17  with all my tenancies, it's the responsibility of
18  the tenant to make their improvements and, you know,
19  secure all the necessary permits or plans or
20  whatever necessary to do that work to the property.
21      Q    Did you require the tenant to submit any
22  plans to you as the landlord in advance of
23  commencing any improvements?
24      A    No.
25      Q    Did you as the landlord -- And when I mean
```

Page 50

1  you, you're here as representative of LHAB?
2      A    Yes, on behalf of Little Havana Arts
3  Building.
4      Q    Right.  So did you as the landlord have
5  the right to approve or disapprove any of the
6  improvement plans for the premises?
7      A    I certainly would have had the right to do
8  that.  I don't -- Generally speaking, my vetting
9  period is on the -- on what I believe is the
10 qualification of the operator, the experience of the
11 operator, the probability that the operator can do
12 what they say they're gonna do.  And ultimately in
13 this case, really, what the vision of the end
14 product was going to be.  That -- that was mainly my
15 qualification.
16          Aside from that, as long as you paid the
17 rent, we -- everything else is on you.  That is your
18 responsibility and, uhm, I wish you the very best.
19     Q    Do you have any requirements on them as to
20 the experience or reliability of the contractors or
21 liability coverage or any other kind of insurance
22 coverage that you wanted their building team to have
23 before you let them touch your building?
24     A    That would have been smart, but I don't
25 think so.  I wasn't that sophisticated at that time.

Choice - United

Page 238

1          CERTIFICATE OF REPORTER

2   STATE OF FLORIDA )
                     ) SS:
3   COUNTY OF BROWARD)

4              I, LEE LYNOTT, RPR, RMR, a Certified

5   Shorthand Reporter, hereby certify that the witness

6   in the foregoing Videotape Deposition of WILLIAM O.

7   FULLER, as 30(b)(6) C/R of Little Havana Arts

8   Building, LLC., having been first duly sworn in this

9   matter, after which said videotape deposition was

10  taken down in shorthand by me, a Certified Shorthand

11  Reporter and a disinterested person at the time and

12  place herein stated, and that the testimony of the

13  said witness was thereafter reduced to typewriting,

14  by computer, under my direction and supervision;

15             I further certify that I am not of

16  counsel or attorney for either or any of the parties

17  to the said deposition, nor in any way interested in

18  the outcome of this cause, and that I am not related

19  to any of the parties thereto.

20             WITNESS my hand and official seal

21  this 21st day of December, 2022.

22       _____
         LEE LYNOTT, CSR, RPR, RMR
23       MY COMMISSION# HH 280234
         EXPIRES:  July 4, 2026
24       Bonded Thru Notary Public Underwriters

25