# EXHIBIT "H"

```
                    IN THE CIRCUIT COURT OF THE
                    ELEVENTH JUDICIAL CIRCUIT IN AND
                    FOR MIAMI-DADE COUNTY, FLORIDA

                    CIRCUIT CIVIL DIVISION

                    CASE NO.:  2022-008069-CA-01



TOWER HOTEL, LLC, et al,      )

        Plaintiffs,           )

vs.                           )

CITY OF MIAMI,                )

        Defendant.            )
_____




    The above-entitled cause came on for hearing before
THE HONORABLE ALAN FINE, at the Miami-Dade County
Courthouse, 73 West Flagler Street, Fourth Foor, Miami,
Florida, on Monday, November 7, 2022 at 1:05 p.m.


                          - - -
```

EXHIBIT C

*Bailey & Sanchez Court Reporting, Inc.*

```
 1            asked him, "Is it your testimony that you
 2            didn't start work on any of them?"
 3               MS. GLORIOSO DOOLEY:  Without a permit.
 4               THE COURT:  And then he said, "No, you have
 5            to go property by property."  So I'm
 6            anticipating the witness is going to say, on at
 7            least one property, he did do some work, that
 8            needed a permit, before he got the permit.
 9   BY MS. GLORIOSO DOOLEY:
10        Q.   So, as you sit there, you can't testify as to
11   any property, of your own knowledge, individually,
12   whether or not you started work without a permit?
13               MR. BRAUNSTEIN:  Objection,
14            mischaracterizes the testimony.
15               THE WITNESS:  Let's go property by
16            property, because some of the violations --
17   BY MS. GLORIOSO DOOLEY:
18        Q.   That's not my question.  Yes or no?
19        A.   There's work done without permits, absolutely.
20   Those are the violations, some of them.
21        Q.   Okay.  Why do you do work without a permit?
22        A.   Why do I do work without a permit?
23        Q.   Yes.
24        A.   That is not the case in all situations, and
25   it's -- I've had Unsafe Structure Violations where I
```

```
 1                    C E R T I F I C A T E

 2

 3   STATE   OF    FLORIDA:

 4                  SS.

 5   COUNTY OF MIAMI-DADE:

 6

 7

 8

 9          I, NIEVES SANCHEZ, Court Reporter, and a Notary

10   Public for the State of Florida at Large, do hereby

11   certify that I was authorized to and did

12   stenographically report the foregoing proceedings and

13   that the transcript is a true and complete record of my

14   stenographic notes.

15

16          DATED this 14th day of November, 2022.

17

18

19

20          _____
                   NIEVES SANCHEZ
21

22

23

24

25
```