# EXHIBIT "I"

**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

**BUILDING PERMIT APPLICATION**

PROCESS NUMBER

BD19005508001

## -- 1513 SW 8 ST --
## CONTENTS OF THIS DOCUMENT

**Permit Application:**
Page 1: General Instructions
Page 2: Project Data
Page 3: Job Description Details
Page 4: Project Totals
Page 5: Architect/ Engineer Information
Page 6: Signature Page
Page 7: Fee Summary

**Supplemental Pages:**
Page 8: Fire Flow Test Request
Page 9: Fire Flow Test Request(cont'd.)
Page 10: Digital Certificates Procedures
Page 11: Legalization (if applicable)
Page 12: Owner-Builder Instructions (if applicable)
Page 13: Owner-Builder Disclosure Statement (if applicable)
Page 14: Miami-Dade County CPP Application
Page 15: Miami-Dade County CPP Application (cont'd.)
Page 16: Miami-Dade County Contact Sheet

## CITY OF MIAMI CONTACT NUMBERS:

| Building Dept. | Zoning Dept. | Fire Prevention | Public Works | Planning Dept. |
|---|---|---|---|---|
| (305)416-1100 | (305)416-1499 | (305)416-5400 | (305)416-1200 | (305)416-1400 |

## GENERAL INSTRUCTIONS

### YOU HAVE BEEN ISSUED A PROCESS NUMBER

Your application will be considered "Accepted" when the upfront fee, if applicable, has been paid, AND all required documentation has been uploaded to ProjectDox or submitted to the Building Permit Counter located at the Miami Riverside Center, 444 S.W. 2nd Avenue, 4th Floor. Business Hours are Monday-Friday between 8:00 AM to 3:30 PM.

The City of Miami is able to scan an application package with up to 20 pages. All other applications will be required to be submitted online via the City's Electronic Plan Review system, ProjectDox.

NOTE: If your complete application package has not been received within 30 calendar days, your process number will expire, and you must start over with a new process number.

For DERM, WASD, or Impact Fees approval, please complete the Department of Regulatory and Economic Resources Permit Application from Miami-Dade County included in this PDF Application Package, and include it in your submission to the City of Miami. The City of Miami participates in Miami-Dade County's CPP program and will assist customers in obtaining plan approvals from the above referenced agencies. Please note that external agencies may require upfront fees to be paid prior to the processing of the application

Note: It is the applicant's sole responsibility to promptly review and cure all corrective comments by Miami-Dade County plan reviewers and remit permit related payments to not cause delay in the process. The following documents are the minimum that are required to complete the Building Department Application, based on your Scope of Work:

- Plan
- Surveys
- Owner Affidavit/Application
- Structural Calculations
- Shop Drawings / NOA
- 40 Year Certification

**IMPORTANT NOTE:** Should a building permit application require a special entitlement (waiver, variance, etc.) permit, the process number for the given application will be terminated and the applicant(s) will be required to satisfy the applicable special entitlement process before proceeding with a building permit. Upon the issuance of the special entitlement permit, the applicant will submit a new application online.

APPLICATION CREATED 3/26/2019 3:15:47 PM

**THIS IS NOT A PERMIT**

Page 1 of 10

Confidential – Subject to Protective Order                                    MADROOM0239221



**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

**BUILDING PERMIT APPLICATION**

PROCESS NUMBER
BD19005508001

## --1513 SW 8 ST --
### PROJECT DATA

### JOB LOCATION

Job Address: 1513 SW 8 ST
Legal Address: 1513 SW 8 ST
Folio Number: 0141020066210
Building Name:
Building Number:
Additional Address Information:
Development Name:
FEMA Elevation: -9999
FEMA Flood Zone :X
M21 Zone: T6-8-O
Vacant Lot: No
Net Area: LITTLE HAVANA

### GENERAL INFORMATION

Job Category: REMODELING/REPAIRS
Permit Type: BUILDING
Property Type: Commercial
Required Certificate:
Plans Required: Yes
Number of Plan sheets: 2

### CONTACT PERSON

First Name: AILYN
Last Name: REBAZA

Email: AMPERMITS@GMAIL.COM
Phone: (786)290-7469

Serving as: Owner

Please be sure that all of your contact information is accurate.

### NOTES

REPAIR / REPLACE FOOTAGE

APPLICATION CREATED 3/26/2019 3:15:47 PM

**THIS IS NOT A PERMIT**

Page 2 of 10

Confidential – Subject to Protective Order                                    MADROOM0239222

**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

**BUILDING PERMIT APPLICATION**

PROCESS NUMBER

BD19005508001

## --1513 SW 8 ST --
## JOB DESCRIPTION DETAILS

**STRUCTURAL REPAIRS**

NOTE: The applicant agrees that if there is a discrepancy between the Job Description Details listed above and the information presented in the submitted drawings, the Building official is authorized to make changes to this application. This may affect the total cost of the permit and the amount of the upfront fee charged.

APPLICATION CREATED 3/26/2019 3:15:47 PM

**THIS IS NOT A PERMIT**

Page 3 of 10

Confidential – Subject to Protective Order

MADROOM0239223

**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

**BUILDING PERMIT APPLICATION**

PROCESS NUMBER



BD19005508001

## -- 1513 SW 8 ST --
## PROJECT TOTALS

**New/Addition Sq. Ft:** 0  
**Remodeling Sq. Ft:** 0  
**Total Sq. Ft:** 0  

**New/Addition Cost($):** 0  
**Remodeling Cost ($):** 2500  
**Total Cost($):** 2500  

### ADDITIONAL OPTIONS

☐ Legalization
☐ Permit Affidavit
☐ Interior Remodeling
☑ Exterior Remodeling

APPLICATION CREATED 3/26/2019 3:15:47 PM

**THIS IS NOT A PERMIT**

Page 4 of 10

Confidential – Subject to Protective Order                MADROOM0239224



**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

**BUILDING PERMIT APPLICATION**

PROCESS NUMBER



BD19005508001

## --1513 SW 8 ST --
## ARCHITECT / ENGINEER INFORMATION

**Architect of Record (AOR):**
First Name: _____ Last Name: _____ FL License Number _____
Business Name: _____ Certificate of Authorization Number: _____
Telephone: _____ Alternate Telephone: _____ Email: _____

**Engineer of Record (Civil):**
First Name: _____ Last Name: _____ FL License Number _____
Business Name: _____ Certificate of Authorization Number: _____
Telephone: _____ Alternate Telephone: _____ Email: _____

**Engineer of Record (Structural):**
First Name: _____ Last Name: _____ FL License Number _____
Business Name: _____ Certificate of Authorization Number: _____
Telephone: _____ Alternate Telephone: _____ Email: _____

**Engineer of Record (Mechanical):**
First Name: _____ Last Name: _____ FL License Number _____
Business Name: _____ Certificate of Authorization Number: _____
Telephone: _____ Alternate Telephone: _____ Email: _____

**Engineer of Record (Plumbing):**
First Name: _____ Last Name: _____ FL License Number _____
Business Name: _____ Certificate of Authorization Number: _____
Telephone: _____ Alternate Telephone: _____ Email: _____

**Engineer of Record (Electrical):**
First Name: _____ Last Name: _____ FL License Number _____
Business Name: _____ Certificate of Authorization Number: _____
Telephone: _____ Alternate Telephone: _____ Email: _____

**Engineer -- Other:**   Area of Responsability: _____
First Name: _____ Last Name: _____ FL License Number _____
Business Name: _____ Certificate of Authorization Number: _____
Telephone: _____ Alternate Telephone: _____ Email: _____

APPLICATION CREATED 3/26/2019 3:15:47 PM    **THIS IS NOT A PERMIT**

Page 5 of 10

Confidential – Subject to Protective Order                              MADROOM0239225



**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

**BUILDING PERMIT APPLICATION**

PROCESS NUMBER
BD19005508001

---

**--1513 SW 8 ST --**
**SIGNATURE PAGE**

---

☑ Contractor     ☐ Owner Builder     ☐ Architect/Engineer(For 40 Year Recertification Only)     ☐ Dry Run

**As applicable to my role in this permit, I hereby agree to or affirm the following:**

- [Permit holder and Owner] that under the penalty of perjury, I declare that all the information contained in this permit application is accurate.
- [Permit holder and Owner] that NO work or installation will commence prior to the inssuance of a permit.
- [Permit holder and Owner] that separate permits may be required for Electrical, Mechanica, Plumbing, Gas and Roofing work, as well as Signs, Pools, Windows & Doors and other work items, unless specifically covered by this permit.
- [Permit holder and Owner] That there may be additional permits required from other government entities.
- [Permit holder] That I am responsible for the supervision and completion of the construction, and will ensure that all work is performed in accordance with the scope of the permit, the approved plans, the City of Miami's codes and ordinances, including Zoning, and all other federal, state and county laws and regulations that may be applicable.
- Owner's Affidavit: I certify that all the forgoing information is correct. Owner certifies that the aforementioned contractor has the authorization to perform the work as specified in this document.
- Tenant / Lessee Affidavit: Lessee certifies that he/she has full consent and authorization from owner of subject property to perform the work and to hire the contractor as specified in this document.
- Contractor Affidavit: Contractor certifies that he/she has full consent and authorization from owner of subject property to perform the work and to hire the contractor as specified in this document.
- Engineer's Affidavit: An engineer certifies that he/she has full consent and authorization from owner of subject property to perform the work and to hire the contractor as specified in this document.
- Architect's Affidavit: An Architect certifies that he/she has full consent and authorization from owner of subject property to perform the work and to hire the contractor as specified in this document.



| OWNER/ AGENT/ TENANT | CONTRACTOR |
|---|---|
| First Name: WILLIAM<br>Last Name: FULLER<br>Corporation: LITTLE HAVANA ARTS BLDG<br>Mailing Address 1: 1513 SW 8 ST<br>City: MIAMI   State: FL   Zip: 33135<br>Email: INFO@GARBAGEMAN.COM<br>Phone: (786)370-8895<br>Signature: _____<br>Date:<br>NOTARY:<br>State of FL, County of MIAMI DADE<br>Sworn to and subscribed before me this<br>15 Day of April, 20 19<br>By WILLIAM FULLER<br>(SEAL)<br>Personally known or Produced Identitfication<br>Type of Identification produced: _____<br><br>TIM SANGBUSH<br>Commission # GG 127133<br>Expires August 28, 2021<br>Bonded Thru Troy Fain Insurance 800-385-7019 | Qualifier License: CGC1519552<br>Company Name: GARBAGEMAN (G7 HOLDINGS, INC)<br>Qualifier First Name: GREGORY<br>Qualifier Last Name: DAVIS<br>Company Address 1: 2540 NW 74 ST<br>City: MIAMI   State: FL   Zip: 33147<br>Email: INFO@GARBAGEMAN.COM<br>Phone: (305)451-2556<br>Signature: _____<br>Date:<br>NOTARY:<br>State of FL, County of MIAMI DADE<br>Sworn to and subscribed before me this<br>15 Day of April, 20 19<br>By Gregory Davis<br>(SEAL)<br>Personally known or Produced Identitfication<br>Type of Identification produced: _____ |

APPLICATION CREATED 3/26/2019 3:15:47 PM     **THIS IS NOT A PERMIT**     Page 6 of 10



**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

BUILDING PERMIT APPLICATION

PROCESS NUMBER

BD19005508001

## TRANSACTION STATEMENT

**Financial Transaction ID : 591999**
**LM Reference Number: BD19005508001**

## FEE SUMMARY

| Fee Category | Fee Description | Quantity | Unit Type | Amount |
|---|---|---|---|---|
| UPFRONT | UPFRONT / DRY RUN FEES (BASED ON COST) | 2500.00 | DOLLARS | 100.00 |
| | | | Total : | 100.00 |

APPLICATION CREATED 3/26/2019 3:15:47 PM

**THIS IS NOT A PERMIT**

Page 7 of 10

Confidential – Subject to Protective Order                MADROOM0239227

**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

**BUILDING PERMIT APPLICATION**

PROCESS NUMBER

BD19005508001

---

## --1513 SW 8 ST --
## FIRE FLOW TEST REQUEST (PG. 1 OF 2)

Water Supply Officer
444 SW 2nd Ave. #441 / Miami, FL 33130 / Ph: 305-416-1679

### REQUESTOR'S INFORMATION

Name of Applicant: _____     Company: _____
Business Address: _____     Contact Number: _____
Email Address: _____     Fax Number: _____
Would you like the results to be sent by email? ☐ Yes     ☐ No

### PROJECT INFORMATION

This is a request for:   ☐ New Structure     ☐ Addition to existing structure     ☐ Hydraulic Calculations
Project Address: _____
Property is zoned: _____
Number of stories: _____     Proposed Height (ft): _____
Proposed use of building: _____     ☐ No
Is Sprinkler system being installed?: ☐ Yes     Total Sq. Footage: _____
Sq. footage per floor: _____     ☐ No
Is standpipe system installed?: ☐ Yes
Building Construction Type: _____

### GENERAL COMMENTS

**A fee of $250.00 is due upon submittal of Fire Flow Test Request**

Please ensure a *Site Plan* Location Sketch has been submitted for the completion of this request

_____     _____
Requestor's Signature                          Date

APPLICATION CREATED 3/26/2019 3:15:47 PM          **THIS IS NOT A PERMIT**

Page 8 of 10




Confidential – Subject to Protective Order     MADROOM0239228

**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

**BUILDING PERMIT APPLICATION**

PROCESS NUMBER
BD19005508001

---

## --1513 SW 8 ST--
## FIRE FLOW TEST REQUEST (PG. 2 OF 2)

**Below information to be completed by Water Supply Officer:**
Water Supply Officer
444 SW 2nd Ave. #441 / Miami, FL 33130 / Ph: 305-416-1679

### JOB LOCATION

Street index Page: _____      Zoning: _____
Atlas Page: _____            Required Flow: _____
**The above application is:**

☐ Approved for a foundation permit only.
☐ Approved - Complies with NFPA Standards.
☐ Rejected - Does not comply with NFPA Standards.
Hydrant Installation(s) required?    ☐ Yes    ☐ No
Water Main Improvements required?    ☐ Yes    ☐ No

### REMARKS

_____
_____ 5-416-1679
_____
_____

Flow Test Number: _____

_____          _____
Water Supply Officer                         Date

PLANS HAVE BEEN PROCESSED AND APPROVED BY ALL NECESSARY AGENCIES AND A BUILDING PERMIT IS NOW APPROVED ON THIS **DATE:**_____, **WATER SUPPLY OFFICER:** _____

**FIRE HYDRANT (S) INSTALLATION ONLY:** DOCUMENTATION HAS BEEN PROVIDED THAT HYDRANT INSTALLATION HAS BEEN PAID FOR IN ADVANCE, A BUILDING PERMIT IS NOW APPROVED. **DATE**_____, **WATER SUPPLY OFFICER:** _____

APPLICATION CREATED 3/26/2019 3:15:47 PM

**THIS IS NOT A PERMIT**

Page 9 of 10

Confidential – Subject to Protective Order                    MADROOM0239229



**City of Miami**
BUILDING DEPARTMENT
www.miamigov.com/building
E-mail: building@miamigov.com
Phone: (305) 416-1100

**BUILDING PERMIT APPLICATION**

PROCESS NUMBER


BLDN PRCBD19005508001
NOWQ A

## DIGITAL CERTIFICATES PROCEDURES

In the electronic plan review process, it is crucial that a design and or engineer professional be able to prove their identity and the integrity of documentation that they submit. In the City of Miami, this is done by utilizing PKI based digital signatures for signing and sealing electronically produced plan sets and other documents requirement professional signature.

Laws & Rules set by the Florida Board of Professional Engineers, Architects, and Surveyor's in Florida Statutes 471 and as implemented in Florida Administrative Code 61G15-23 allow the use digital signature for signing and sealing documents that are delivered electronically. The digital signature will include a Certificate Authority and the new additional two sentences added by FBPE. Samples of a digital certificate is indicated below:

 

For a listing of which documents must be submitted in this fashion, please refer to list of documents that require digital signatures via the City of Miami Electronic Plan Review Information webpage.

The City of Miami has compiled a list of trusted Certificate Authorities who issue digital certificates for individuals. This is not a complete listing.

- IdenTrust - www.identrust.com/partners/city-miami
- GlobalSign - www.globalsign.com/en/lp/miami-digital-signatures/

It is important to note that when doing business with these companies you are not doing business with the City of Miami. Also, be sure to follow these steps and note our recommendations when purchasing a digital signature for signing and sealing:

- What to consider when Purchasing a Digital Signature: A variety of different products are provided by Certificate Authorities depending greatly on the number of digital signatures you are purchasing. Be sure to ask for a **product that has at least a NIST Level 3 assurance for verifying your identity.**

- You should also consider verifying that the digital certificate can support images of signatures or seals.

- The City of Miami requires submittals to be made in PDF format, it is therefore necessary that you purchase a digital certificate that can be applied and verified using a PDF authoring software. (We verify using tools available in the Adobe Suite).

- Signing with a Digital Certificate. Your Certificate Authority will be your main source for information on applying your new digital signature by offering step-by-step instructions on the digital signing process using their products.

- Following the Guidelines for Signatures and Seals. The Florida Board of Architecture and Interior Design has outlined the content and format in which your digital signature should appear in Rule 61G1-16.

APPLICATION CREATED 3/26/2019 3.15:47 PM    **THIS IS NOT A PERMIT**    Page 10 of 10

Confidential – Subject to Protective Order    MADROOM0239230

# BUILDING PERMIT CATEGORIES

| CATEGORY | DESCRIPTION | PERMIT TYPE |
|---|---|---|
| **BUILDING** | | |
| 01 | GENERAL BUILDING—COMMERCIAL | MBLD |
| 02 | SUB—GENERAL BUILDING—RESIDENTIAL | MBLD |
| 08 | CANVAS AWNING | MBLD |
| 10 | COMMUNICATION TOWER | MBLD |
| 15 | DEMOLITION | MBLD |
| 29 | METAL AWNING & STORM SHUTTER | MBLD |
| 48 | SCREEN ENCLOSURES | MBLD |
| 51 | MURAL SIGNS (NON-ELECTRICAL) | MBLD |
| 55 | SWIMMING POOL | MBLD |
| 56 | TENNIS COURTS (SURFACE PAVING) | MBLD |
| 86 | TRAILER TIE DOWN | MBLD |
| 88 | WALK-IN COOLER | MBLD |
| 91 | MARINAS | MBLD |
| 92 | LOW SLOPE APPLICATIONS (GRAVEL, SMOOTH MODIFIED, SINGLE PLY) | MBLD |
| 95 | SHINGLES (ASPHALT, FIBERGLASS) | MBLD |
| 96 | SHINGLES (METAL ROOFS/WOOD SHINGLES & SHAKE) | MBLD |
| 97 | STAGE 2 VAPOR RECOVERY SYSTEM | MBLD |
| 99 | SOIL IMPROVEMENT | MBLD |
| 0100 | BULK STORAGE PROPANE TANK | MBLD |
| 0101 | REMOVABLE STORM PANELS | MBLD |
| 0107 | TILE ROOF | MBLD |
| 0110 | WATER MAIN | MBLD |
| 0111 | SITE PLAN | MBLD |
| 0112 | INDOOR EVENT/EXHIBIT | MBLD |
| **ELECTRICAL** | | |
| 04 | FIRE ALARM SPECIALTY | MELE |
| 16 | SPECIALTY WIRING | MELE |
| 38 | GENERATORS | MELE |
| 40 | BUILDING PUBLIC RADIO ENHANCEMENT SYSTEM | MELE |
| **PLUMBING** | | |
| 0020 | SEWER CONNECTION TO PUBLIC SYSTEM (THIS CATEGORY IS USED WHEN NO BUILDING PERMIT EXIST) | MPLU |
| 0024 | INTERCEPTOR/GREASE TRAPS (REPLACEMENT OR INSTALLATION THAT IS NOT PART OF A BUILDING PERMIT) | MPLU |
| **LPGX** | | |
| 01 | LIQUEFIED PETROLEUM GAS | MLPG |
| 02 | MISCELLANEOUS | MLPG |
| 04 | LIQUEFIED PETROL. GAS/STATE | MLPG |
| **MECHANICAL** | | |
| 09 | ABOVE/BELOW GROUND TANKS/PUMPS & POLLUTANT STORAGE SYSTEM | MMEC |
| 38 | COMMERCIAL HOODS | MMEC |
| 43 | FIRE CHEMICAL | MMEC |
| 46 | SPRAY BOOTHS | MMEC |
| 48 | SMOKE CONTROL | MMEC |
| 52 | RESIDENTIAL ELEVATOR | MMEC |
| **FIRE** | | |
| 32 | FIRE SPRINKLER | FIRE |

Confidential – Subject to Protective Order
MADROOM0239231