# EXHIBIT "K"

# Miami-Dade Property Appraiser

Property Address: 1501 SW 8 ST, Miami, FL 33135-5218



01/17/2014

Date Printed: 02/28/2023



# Miami-Dade Property Appraiser

Property Address: 1501 SW 8 ST, Miami, FL 33135-5218



01/19/2015

Date Printed: 02/28/2023