# EXHIBIT "L"



## Miami-Dade Property Appraiser
Property Address: 1501 SW 8 ST, Miami, FL 33135-5218

01/06/2014

Date Printed: 02/28/2023



## Miami-Dade Property Appraiser
Property Address: 1501 SW 8 ST, Miami, FL 33135-5218



01/19/2015

Date Printed: 02/28/2023

