# EXHIBIT "S"




























