# EXHIBIT 25

# Stearns Weaver Miller
# Weissler Alhadeff & Sitterson, P.A.

Maria A. Fehretdinov
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct: (305) 789-3237
Fax: (305) 789-2675
Email: mfehretdinov@stearnsweaver.com

September 29, 2023

**_VIA E-MAIL_**

Raquel A. Rodriguez, Esq.
Buchanan Ingersoll & Rooney PC
One Biscayne Tower
Two South Biscayne Blvd., Suite 1500
Miami, FL  33131
E-mail: raquel.rodriguez@bipc.com

**Re:**     ***The Mad Room LLC d/b/a Ball and Chain, Altos Mexicano, LLC d/b/a Taquerias El Mexicano, Little Havana Arts Building, LLC and La Gran Fiesta, LLC v. City of Miami; Case No.: 21-cv-23485***

Dear Ms. Rodriguez and Counsel,

It has come to our attention that Buchanan Ingersoll and the City have directed various private investigators to question and harass current and former employees of Madroom/Ball & Chain/Taquerias under various false pretenses. Your conduct is unethical and a violation of Florida Bar Rules. As we have stated repeatedly to you since the inception of this case, all current employees of Plaintiffs and their entities have been, and remain, represented by Stearns Weaver Miller, P.A., and you are not permitted to communicate directly with any of them. To the extent you wish to contact any former employee(s), you must confer with us in advance to ascertain whether we are representing them.

No employees, agents, or representatives of the City of Miami or Buchanan Ingersoll are permitted on our clients' premises for purposes relating to your defense of this lawsuit.

We demand that you immediately cease and desist these contacts and agree that none of the materials obtained via these improper contacts will in any way be admissible or used in this case in any way. We further demand that you produce to us (1) the names and contact details of all individuals with whom you and your agents have spoken and/or attempted to contact; (2) all notes, documentation, and other materials relating to and derived from such contacts; and (3) the names of all individuals with whom you have shared such materials.  Please confirm your agreement by close of business **Tuesday, Oct. 3**.

Plaintiffs reserve all lawful rights and remedies related to this improper conduct.

September 29, 2023
Page 2


Sincerely,

*/s/Maria A. Fehretdinov*
Maria A. Fehretdinov, Esq.

*cc:*

*All counsel of record, via email*
*Var Research, Inc., Attn.: Valerie Rivera, P.O. Box 371375, Miami, FL 33137*
*Global Investigative Solutions, Inc., Attn.: Roger Martinez, 16201 SW 95 Avenue, Suite 307,*
*Miami, FL 33157*