UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-CV-23485-ALTMAN/REID

THE MAD ROOM LLC D/B/A BALL AND
CHAIN, ALTOS MEXICANO, LLC D/B/A
TAQUERIAS EL MEXICANO, LITTLE
HAVANA ARTS BUILDING, LLC, AND
LA GRAN FIESTA, LLC,

      Plaintiffs,

vs.

CITY OF MIAMI,

      Defendant.

_____/

## JOINT MOTION FOR STAY AND RESETTING OF PRE-TRIAL DEADLINES AND TRIAL DATES

Plaintiffs, The Mad Room LLC d/b/a Ball and Chain, Altos Mexicano, LLC d/b/a Taquerias el Mexicano, LLC, Little Havana Arts Building, LLC, and La Gran Fiesta, LLC (collectively, "Plaintiffs"), and Defendant, the City of Miami ("City") (Plaintiffs and the City are collectively referred to as the "Parties"), by and through undersigned counsel, jointly move this Court to enter an order staying the matter and resetting pretrial deadlines and trial dates in this matter. In support thereof, the Parties state as follows:

    1.    On June 11, 2024, this Court entered an Amended Scheduling Order [ECF No. 393], which set the trial in this matter to begin on November 25, 2024.

    2.    The Amended Scheduling Order also reset several pretrial deadlines. According to the Amended Case Scheduling Order, Dispositive Motions are currently due on August 21, 2024, Motions in Limine are due on October 21, 2024, and pretrial stipulations are due on November 11, 2024. [ECF No. 393]

3. In accordance with Local Rules and prior Court orders, briefing on the parties' respective summary judgment and *Daubert* motions will continue throughout September, with opposition briefs due on September 4 (*Daubert*) and 11 (summary judgment) and reply briefs due on September 11 (*Daubert*) and 25 (summary judgement).

4. Under Federal Rule of Civil Procedure 16, the Court may extend pretrial deadlines upon a showing of good cause, and that exists here. *See also* Fed. R. Civ. P. 16, advisory committee notes ("[T]he court may modify the schedule on a showing of good cause if it cannot reasonably be met despite the diligence of the party seeking the extension.").

5. The Parties now jointly request that the Court <u>stay this case for ninety (90) days</u>, and <u>reset and extent all pretrial deadlines, and the trial date, by one hundred and twenty (120) days</u>, due to significant scheduling impediments barring attendance to case-critical issues, on the part of both the Parties and their counsel. Those include medical conditions and procedures (necessarily private). The Parties submit that these circumstances constitute good cause for the relief requested.

6. The Parties also note that the open status of the pleadings do not permit the Parties to comply with the currently scheduled deadlines.

7. In the alternative, the Parties jointly request a brief telephonic status conference to explain the good cause for the relief requested.

8. This Motion is made in good faith, will not cause any unnecessary delay, and will in no way prejudice the Court or the parties.

WHEREFORE, the parties respectfully request that the Court grant this Motion, enter the proposed order submitted herewith, and afford the parties the relief herein requested.

Dated: August 14, 2024                                    Respectfully submitted,

| | |
|---|---|
| **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**<br>Museum Tower, Suite 2200<br>150 West Flagler Street<br>Miami, Florida 33130<br>Telephone: 305-789-3200<br><br>By: */s/ Maria A. Fehretdinov*<br>    MARIA A. FEHRETDINOV<br>    Florida Bar No. 52084<br>    mfehretdinov@stearnsweaver.com<br>    JASON S. KOSLOWE<br>    Florida Bar No. 122758<br>    jkoslowe@stearnsweaver.com<br>    MATTHEW C. DATES<br>    Florida Bar No. 90904<br>    mdates@stearnsweaver.com<br>    CHELSEA E. KOFF<br>    Florida Bar No. 100557<br>    ckoff@stearnsweaver.com<br>    CORAL DEL MAR LOPEZ<br>    Florida Bar No. 1022387<br>    clopez@stearnsweaver.com<br>    RYAN T. THORNTON<br>    Florida Bar No. 99195<br>    rthorton@stearnsweaver.com<br><br>*Attorneys for Plaintiffs* | **BUCHANAN INGERSOLL & ROONEY PC**<br><br>By: */s/ Raquel A. Rodriguez*<br>Raquel A. Rodriguez (Florida Bar No. 511439)<br>Miranda L. Soto (Florida Bar No. 637963)<br>Daniel R. Lazaro (Florida Bar No. 99021)<br>Michael E. Dutko, Jr., Esq. (Florida Bar No. 72505)<br>Jesse Stolow (Florida Bar No. 1035214)<br>2 South Biscayne Boulevard, Suite 1500<br>Miami, FL 33131<br>Primary Emails:<br>raquel.rodriguez@bipc.com<br>miranda.soto@bipc.com<br>dan.lazaro@bipc.com<br>michael.dutko@bipc.com<br>jesse.stolow@bipc.com<br>Secondary Emails:<br>soraya.hamilton@bipc.com<br> mercedes.campo@bipc.com<br>patricia.delgado@bipc.com<br><br>Gretchen L. Jankowski (PA Bar No. 74540)<br>Mackenzie A. Baird (PA Bar No. 205687)<br>Union Trust Building<br>501 Grant Street, Suite 200<br>Pittsburgh, PA 15219-4413<br>Primary Email:<br>gretchen.jankowski@bipc.com<br>mackenzie.baird@bipc.com<br><br>*Admitted Pro Hac Vice*<br><br>**DENTONS US LLP**<br><br>Angel A. Cortiñas (Florida Bar No. 797529)<br>1 Alhambra Plaza, Penthouse<br>Coral Gables, Florida 33134<br>Primary Email: angel.cortinas@dentons.com<br>Secondary Email:<br>nancy.salazar@dentons.com<br><br>-and- |

3

**ATTORNEYS FOR THE CITY OF MIAMI**

George Wysong, City Attorney
(Florida Bar No. 989010)
Kevin R. Jones, Asst. City Attorney
(Florida Bar No. 119067)
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130
Primary Emails:
gwysong@miamigov.com
krjones@miamigov.com
Secondary Email:
tmickens@miamigov.com

*Attorneys for Defendant, City of Miami*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing instrument has been filed with the Court's CM/ECF System of August 14, 2024 and thereby served upon all counsel of record.

                                     /s/ *Maria A. Fehretdinov*
                                     Maria A. Fehretdinov