UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-23485-ALTMAN/Reid

**THE MAD ROOM, LLC**
*d/b/a* **BALL & CHAIN**, *et al.*,

    *Plaintiffs*,

*v.*

**CITY OF MIAMI**,

    *Defendant*.
_____/

**ORDER GRANTING JOINT MOTION TO STAY**

The parties filed a joint motion for us to "enter an order staying the matter and resetting [the] pretrial deadlines and trial dates in this matter." Motion for Stay [ECF No. 397] at 1. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. This case shall be **STAYED** for **ninety (90) days** pursuant to the parties' joint request. Any party may move to lift the stay and reopen the case before the ninety-day stay expires upon a showing of good cause.

2. A status conference to discuss the progress of the case shall be set for **September 30, 2024**, at **11:00 a.m**.

3. All deadlines and hearings, except the September 30, 2024, status hearing, are hereby **TERMINATED**. The Court will issue a new scheduling order upon the expiration of the stay or after the parties have moved to reopen these proceedings.

4. The Clerk is directed to **CLOSE** the case for statistical purposes.

5. All pending motions, including the Plaintiffs' Motion to Dismiss Counterclaims [ECF No. 367] are **DENIED as moot and without prejudice**.

**DONE AND ORDERED** in the Southern District of Florida on August 14, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record